ment, entered October 4, 1907, which affirmed an order of Special Term adjudging the defendant guilty of contempt of court and imposing a fine therefor.

The following question was certified: " Did the defendant refuse or willfully neglect to comply with the judgment rendered in this action ? "

*Myron H. Peck* for appellant.

*Henry W. Conklin* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CAMPBELL et al., Appellants, *v.* THE CITY OF BUFFALO, Respondent.

*People ex rel. Campbell* v. *City of Buffalo,* 119 App. Div. 913, affirmed. (Argued January 8, 1908; decided January 28, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1907, which affirmed an order of Special Term quashing a writ of certiorari to review an assessment for paving in the city of Buffalo.

*Edward E. Tanner* for appellants.

*Samuel F. Moran* and *Louis E. Desbecker* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.